# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In Re: JAMES DANIELS AND ANITA MASON-DANIELS     Chapter 13
          Debtor.                        Case No. 13-11450

## SECOND MODIFIED CHAPTER 13 PLAN

**NOTICE TO ALL CREDITORS THAT THIS PLAN AND ALL OF ITS PROVISIONS ARE SUBJECT TO DEL. BANKR. L.R. 3023-1**

The future earnings of the debtor are submitted to the supervision and control of the Court and the Debtor's employer shall pay to the trustee the sum of $430.00 for 37 months of 60 month plan.

If distribution to unsecured creditors is less than 100% under the confirmed Plan, should the debtors sell or refinance real estate during the term of the plan, the debtor agrees that the net equity realized, if any, shall be subject to distribution to creditors pursuant to a modification of the Plan under 11 U.S.C Section 1329.

From the payment so received, after deduction of allowed Trustee's commission, the Trustee shall make disbursements as follows:

1. Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. § 507.

    (A) Debtor's Counsel Fees:         $3,200.00
          Fee – 2nd Modified Chapter 13 Plan    450.00

**MODIFIED TO INCLUDE FEES IN PLAN.**

Debtor's Counsel fees to Vivian A Houghton, Esquire in the amount of $3,200.00 shall be paid pro rata with claim 2b Wells Fargo and Ally Financial with each receiving 50% of available funds until the counsel fees are fully paid.

    (B) Priority Taxes:

         DOR   -2011                      1,161.08
                   -2012 corporate       6,262.26

         All priority amounts owed to the IRS and State of Delaware will be paid through the Chapter 13 Plan.

    (C) Other Priority or Administrative Expenses

2. Pro-rata with dividends to priority creditors, holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

(A)(1) Long term or mortgage debt –PRE-PETITION ARRARS ONLY, to be paid to Midland Mortgage in the amount of $920.00 for the first mortgage for the real property located at 40 N. Independence Blvd, New Castle, De 19720. Debtor shall continue to make regular post-petition payments directly to Midland Mortgage. This section of the Plan specifically incorporates all of the provision affecting mortgage claims as set forth in Del. Bankr. L.R. 3023-1(b)(ii) and the parties shall be so governed.

(A)(2) Long term or mortgage debt – – PRE-PETITION ARREARAGE ONLY, to be paid to Beneficial in the amount of $1,222.85 for the second mortgage for the real property located at 40 N. Independence Blvd. New Castle, De 19720. Debtor shall continue to make regular post-petition payments directly to Beneficial. This section of the Plan specifically incorporates all of the provision affecting mortgage claims as set forth in Del. Bankr. L.R. 3023-1(b)(ii) and the parties shall be so governed.

(B) Secured Vehicle debt (cram down) – Ally Financial for the 2009 Jeep Grand Cherokee – remaining amount of the loan to be paid through insurance proceeds from State Farm Insurance. Vehicle was totaled in an accident. All remaining amounts will be considered unsecured. Ally Financial to file an amended Proof of Claim.

**MODIFIED TO REMOVE REMAINING AMOUNTS OWED TO ALLY FINANCIAL.**

Payments to Wells Fargo for the 2008 Nissan Altima in the amount of $12,583.80 ($11,250.00 principal $1,333.80 interest @ 4.5%) will be paid by the Trustee. This amount represents principal and interest in full for the vehicle. Any remaining amounts associated with the loan will be considered unsecured.

Credit will release the lien to the vehicle free and clear of all liens once this amount is paid and Debtor's Chapter 13 Bankruptcy is discharged.

Debtor to maintain insurance on vehicle.

(C) Secured Vehicle debt (910 car claim) -

      (D) Other secured debt:  Payment to United Consumer Finance Service for the Kirby Vaccum cleaner in the amount of $300.00 to be paid through the Chapter 13 Plan.  This amount represents a cram down of the merchandise.  Any remaining amounts will be consider unsecured.

3.      Surrender - Secured Collateral to:

      Equiant Financial Services and Fanta See Resorts Services for the Flaggship timeshare.
      Ocean Beach Club LLC for the VA Beach Time share.
      Wyndham Vacations for the Wyndom Resorts Atlantic City Timeshare.

      All timeshares to be surrendered.

Debtor(s) abandons such property and agrees that the Automatic Stay under 11 U.S.C. § 362 is terminated as to the property and any interest in the property. Claims, if any submitted by such creditor may receive a distribution under the Plan if such claims reflect an applicable deficiency balance remaining following surrender.

4.      Subsequent to dividends to priority and secured creditors, dividends to allowed non-priority general unsecured creditors shall be distributed as follows:

      General unsecured creditors will be paid a dividend of _____% of their allowed claim.
      1. _____ BIOC or
      2. _____Disp. Income x 60 months as calculated under 11 U.S.C. § 1325(b), or [ ] a pro-rata dividend, if any.

5.      If applicable) The following leases or executory contracts of the debtor will be treated as follows:

6.      Title to Debtor's property shall revest in the Debtor on confirmation of the Plan, except for undistributed plan payments held by the Trustee. Upon conversion of this case to Chapter 7, or dismissal, the Trustee is authorized to disburse undistributed plan payments to allowed claimants in accordance with this Plan.

7.      Other special provisions of the Plan: _____

8.      A proof of claim must be filed in order to share in distributions under the plan. A proof of claim may be filed either electronically or as paper. To file an electronic claim, go to the United States Bankruptcy Court District of Delaware website (http://www.deb.uscourts.gov) and click on the Programs & Services tab, then select Filing a Claim. Click on "Submit a

Proof of Claim" link and follow the instructions. Once the necessary information is entered the form will be automatically generated. To obtain a claim form to file a paper claim, go to the United States Bankruptcy Court, District of Delaware website (http://web.deb.uscourts.gov) and click on the Forms tab. Select All Forms from the drop down menu, then select B10-Proof of Claim. Completed paper claims should be delivered or mailed to United States Bankruptcy Court, Attn: Claims, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

/S/JAMES A DANIELS                                  Dated: June 11, 2015
Debtor's Signature


/S/ANITA A MASON-DANIELS                            Dated: June 11, 2015
Debtor's Signature


/S/ VIVIAN A HOUGHTON ESQUIRE                       Dated: June 11, 2015
Attorney for Debtor(s)